CR 09-2056M

DUPLICATE ORIGINAL

## FINDING RE PROBABLE CAUSE

On <u>September 13, 2009</u>, at <u>Los Angeles</u>, Agent <u>Vidar Grigoryan</u>
[date]         [time]              [name]

of the <u>Immigration and Customs Enforcement</u> appeared before me regarding the
[agency]

probable cause arrest of defendant(s) <u>Robert Junior Dehaney</u>
                                                      [name(s)]

occurring on <u>September 11, 2009 at</u>, at <u>Los Angeles, California</u>.
          [date and time]                    [city]

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists/does not exist** probable cause to arrest the defendant(s) for a violation of <u>Title 18, United States Code, Section 1542</u>.
          [statute]

/ X / It is ordered that defendant(s) <u>Robert Junior Dehaney</u>
                                                 [name(s)]

be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on <u>Sept. 14, 2009</u>.
                                           [date]

/_____/ It is ordered that defendant(s) _____
                                                 [name(s)]

be discharged from custody on this charge forthwith.

DATED: <u>9/13/09</u>, at <u>12:40</u> a.m/p.m.

Suzanne H. Segal
UNITED STATES MAGISTRATE JUDGE